# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:11-CV-545-DCK

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| FRANCISCO J. HERNANDEZ, ) | |
| individually, and d/b/a EL ENCANTO, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the status of this case and the parties' "Joint Status Report And Plaintiff's Response To Order To Show Cause" (Document No. 15). The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate.

The parties "Joint Status Report..." asserts that important deadlines in this case were neglected due to calendaring errors by Plaintiff's counsel. (Document No. 15). The report further provides that two other cases involving the same parties have subsequently been filed in this district: 3:12-cv-391-RJC-DCK and 3:12-cv-613-MOC-DCK. Id. Finally, the report contends that the parties intend to seek the consolidation of this matter with the other two cases, and to reset all discovery deadlines. Id.

**IT IS, THEREFORE, ORDERED** that the parties shall file an appropriate motion to consolidate, or stipulation of dismissal, on or before **November 2, 2012**. See Local Rule 5.2.1(D).

**SO ORDERED**.

Signed: October 25, 2012

_____
David C. Keesler
United States Magistrate Judge