IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-CV-545-DCK

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| FRANCISCO J. HERNANDEZ, INDIVIDUALLY, and d/b/a EL CANTO, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion To Consolidate" (Document No. 17) filed October 31, 2012. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review of this motion is appropriate. Having carefully considered the motion and the record, and noting consent of opposing counsel, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion To Consolidate" (Document No. 17) is **GRANTED**.

**IT IS FURTHER ORDERED** that the matters of J & J Sports Productions, Inc. v. Francisco Javier Hernandez, et al., Case No. 3:12cv391, and J &J Sports Productions, Inc. v. Francisco Javier Hernandez, Case No. 3:12cv613, be consolidated under Case No. 3:11cv545.

Signed: October 31, 2012

David C. Keesler
United States Magistrate Judge