# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:11-CV-545-DCK

| | |
|---|---|
| **J&J SPORTS PRODUCTIONS, INC,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **FRANCISCO J. HERNANDEZ,** | ) |
| **Defendant.** | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Chip Holmes, filed a "Report Of Mediation" (Document No. 23) notifying the Court that the parties reached a settlement on May 31, 2013. The Court commends the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Consent Judgment in this case, or in the alternative request an extension of time to file such judgment, on or before **July 3, 2013**.

**SO ORDERED**.

Signed: June 20, 2013

David C. Keesler
United States Magistrate Judge