IN THE UNITED STATES DISTRICT COURT FOR THE
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-CV-545 DCK

J & J SPORTS PRODUCTIONS, INC.,

        Plaintiff,

vs.

FRANCISCO J. HERNANDEZ,
INDIVIDUALLY, and d/b/a EL
ENCANTO,

        Defendant.

---

### CONSENT JUDGMENT

    NOW COME the Plaintiff, J & J Sports Productions, Inc., and Defendant, Francisco J. Hernandez, agreeing that judgment shall be entered in this consolidated case, as evidenced by the signatures below.

    IT IS THEREFORE ORDERED AND ADJUDGED that judgment be rendered in favor of the Plaintiff J & J Sports Productions, Inc., and against the Defendant Francisco J. Hernandez d/b/a El Encanto, for the sum of Fifty Thousand Dollars ($50,000.00).

    SO ORDERED.

Signed: July 22, 2013

David C. Keesler
United States Magistrate Judge

CONSENTED TO:

_(signature)_

Dated: 7/17/13

Jeremy T. Browner, Esq. (38941)
Attorneys for Plaintiff
1709 Legion Rd., Ste. 215
Chapel Hill, NC 27517-2374
919.537.8039 Tel
919.869.1668 Fax.
jb@brownerlaw.com


_(signature)_

Dated: 7/16/13

John F. Hanzel, Esq.
Attorney for Defendants
John F. Hanzel, PA
19425 Liverpool Pkwy., Ste. G
Cornelius, NC 28031-6387
704.892.1375 Tel
704.892.5784 Fax
jfh@nclawoffice.com


_(signature)_

Dated: 7/16/13

Francisco J. Hernandez
Individually and d/b/a El Encanto